UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 26-9506-GW-SKx | Date | November 2, 2026 |
| Title | *Miriam Maldonado v. Griselda Flores, et al.* | | |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**PROCEEDINGS: IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On October 29, 2026, Plaintiff Miriam Maldonado filed a Notice of Settlement [14]. The Court vacates all currently set deadlines and/or dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for December 3, 2026 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss, with a proposed order, is filed by noon on December 1, 2026.

_____ : _____

Initials of Preparer JG